No. 02–763. BARNHART, COMMISSIONER OF SOCIAL SECURITY *v.* THOMAS. C. A. 3d Cir. [Certiorari granted, 537 U. S. 1187.]

Motion of the Solicitor General to dispense with printing the joint appendix granted.